AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Consensys Software Inc.<br>*Defendant* | )<br>)<br>) Case No. 24 cv 04578<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission

Date:   06/28/2024

*Attorney's signature*

Samuel Wasserman (4830634)
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street 20-100
New York, NY 10004

*Address*

wassermans@sec.gov
*E-mail address*

212-336-0139
*Telephone number*

*FAX number*