

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF**
Hon. Margo K. Brodie
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>*SEC v. Consensys Software Inc.*, 24-cv-4578 (E.D.N.Y.)</u>

Dear Chief Judge Brodie:

    I represent Plaintiff Securities and Exchange Commission ("SEC") in this recently filed SEC enforcement action against Defendant Consensys Software Inc. ("Consensys"). The SEC writes to notify the Court of a related civil action by Consensys against the SEC, pending in the Northern District of Texas, captioned *Consensys v. Gensler et al.*, 4:24-cv-369-Y (N.D. Tex.).

                           Respectfully submitted,

                           /s/ *Jack Kaufman*
                           Jack Kaufman
                           Supervisory Trial Counsel
                           Division of Enforcement

cc:    Kevin S. Schwartz, Esq. (via email)