

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

**VIA ECF**  October 2, 2024
Hon. Margo K. Brodie
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>SEC v. Consensys Software Inc.</u>, 24-cv-4578 (MKB)(TAM)

Dear Chief Judge Brodie:

Pursuant to the Court's September 23, 2024 Docket Order, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Consensys Software Inc. ("Consensys") have conferred on how to proceed following the dismissal of *Consensys Software Inc. v. Gensler, et al.*, No. 24-CV-369 (N.D. Tex.). The parties have agreed to the following schedule, subject to the Court's approval:

- on or before November 1, 2024, Consensys shall file its Answer to the SEC's Complaint; and

- on or before November 14, 2024, the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and file either a joint proposed discovery plan or, if the parties are unable to reach agreement, the parties' respective proposed discovery plans.

Respectfully submitted,

/s/ *Ben Kuruvilla*
Trial Counsel
Division of Enforcement

cc:  All Counsel of Record (via ECF)